Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3609
Telephone: (619) 233-7770
Fax:  (619) 297-1022

Attorneys for Ross C. Paratore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS C. PARATORE<br><br>             Plaintiff,<br><br>      vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC<br><br>             Defendant. | Case No.: 3:14-CV-00111-JCS<br><br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

//

//

//

1

1   Ross C. Paratore ("Plaintiff") and Portfolio Recovery Associates LLC ("Defendant") by and
2   through counsel do hereby stipulate pursuant to Local rule 6-1(a) to allow Defendant an extension of
3   time to answer the complaint by Plaintiff. Whereas the Plaintiff served upon Defendant the
4   complaint and accompanying summons on or about 01/23/14 thereby requiring an answer to said
5   complaint on 02/13/14. Plaintiff and Defendant have been discussing potential settlement in this
6   matter and do hereby stipulate to an extension of 14 days to allow for the answer to be filed no later
7   than 02/27/14.

DATED: 02/13/14                        HYDE & SWIGART

                                       By: /s/Crosby S. Conolly__
                                           Crosby S. Connolly
                                           Attorneys for Plaintiff

I, Crosby S. Connolly, do hereby maintain that concurrence and consent in the filing of this document has been obtained from the Signatories herein.

DATED: 02/13/14                        PORTFOLIO RECOVERY ASSOCIATES LLC

                                       By: /s/ Rami N. Haddad
                                           Rami N. Haddad [SBN: 253400]
                                           Attorney for Defendant
                                           Portfolio Recovery Associates LLC

I, Rami N. Haddad, do hereby concur and consent in the filing of this document.

Dated: 2/20/14

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]